IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 20 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| MARGARITA V. QUESADA, ET AL | § |
| | § |
| V. | § CIVIL NO. SA-11-CV-592-OLG-JES-XR |
| | § |
| RICK PERRY AND HOPE ANDRADE | |

## **SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the three judge panel issues the following Scheduling Order:

1. The parties shall conduct their Rule 26(f) conference no later than **July 25, 2011**.

2. Initial disclosures required by Rule 26(a) shall be exchanged no later than **July 27, 2011**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **July 29, 2011**.

4. All parties asserting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **August 1, 2011**. Parties resisting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **August 8, 2011**. All designations of rebuttal experts shall be FILED no later than **August 15, 2011**.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, no later than **August 17, 2011**.

6. The parties shall complete all discovery on or before **August 17, 2011**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary

circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **August 17, 2011.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 30 pages in length. Responses to dispositive motions shall be due no later than **August 24, 2011.**

8. This case is set for **Pretrial Conference on Friday, September 2, 2011 at 9:30 A.M.** and **Trial before the Court on September 6, 2011 at 9:30 A.M.**, in Courtroom No. 1, First Floor of the John H. Wood, Jr. Courthouse, 655 E. Durango, San Antonio, Texas 78206. The parties shall file their pretrial submissions in the form set out in Rule CV-16(e) to the Local Rules for the Western District not later than **August 24, 2011.**

It is so ORDERED.

SIGNED this 20th day of July, 2011.

*[signature]*

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE